UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DANIEL MEEKS** | **CASE NO. 6:22-CV-06256** |
| **VERSUS** | **CHIEF JUDGE TERRY A. DOUGHTY** |
| **RICH TRANSPORT INC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, together with the written Objection [Doc. No. 19] filed by Plaintiff Daniel Meeks, and after an independent review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the Motion to Remand [Doc. No. 7] filed by Plaintiff is **DENIED**.

Signed at Monroe, Louisiana, this 3rd day of May 2023.

_____
TERRY A. DOUGHTY
CHIEF UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA